**Electronically Filed
Supreme Court
SCWC-17-0000426
04-AUG-2022
02:11 PM
Dkt. 5 ODAC**

SCWC-17-0000426

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

MACDON DONNY THROMMAN,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000426; CR. NOS. 3PC15100216K and 3PC16100299K)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Wilson, and Eddins, JJ.,
and McKenna, J., dissenting separately)

Petitioner/Defendant-Appellant's Application for Writ

of Certiorari, filed on June 20, 2022, is hereby rejected.

DATED: Honolulu, Hawai'i, August 4, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Michael D. Wilson

/s/ Todd W. Eddins

